# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR HOUX, | Case No.  1:24-cv-00132-BAM (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS* AS A CIVIL DETAINEE |
| v. | |
| GONZALES, *et al.*, | (ECF No. 2) |
| Defendants. | |

Plaintiff Victor Houx ("Plaintiff") is a civil detainee appearing *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  Individuals detained pursuant to California Welfare and Institutions Code § 6600 *et seq.* are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act.  *Page v. Torrey*, 201 F.3d 1136, 1140 (9th Cir. 2000).

Currently before the Court is Plaintiff's motion for leave to proceed *in forma pauperis*, filed January 30, 2024.  (ECF No. 2.)  Examination of these documents reveals that Plaintiff is unable to afford the costs of this action.  Accordingly, the motion to proceed *in forma pauperis*, (ECF No. 2), is HEREBY GRANTED.

IT IS SO ORDERED.

Dated:   __January 31, 2024__                    _____/s/ Barbara A. McAuliffe_____
UNITED STATES MAGISTRATE JUDGE

1